DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD T. RAINEY**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3556

[January 31, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 062008CF005265B88810.

Gerald T. Rainey, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***